No. 166. BROWN ET AL. *v.* JOHNSTON, WARDEN. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.

*Royce R. Brown* and *Tom C. Moffitt, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for respondent.